```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RUBEN RAMIREZ,                                             :
                                                           :
                        Plaintiff,                         :
                                                           :           20-CV-9907 (VSB)
              -against-                                    :
                                                           :               ORDER
SAKE II JAPANESE RESTAURANT, INC.,                         :
et al.,                                                    :
                                                           :
                        Defendants.                        :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 24, 2020, (Doc. 1), and filed affidavits showing that service was effected on Defendant Bi Shun Dong on January 15, 2021, (Doc. 16); and that service was effected on Defendant Sake II Japanese Restaurant, Inc. on January 15, 2021, (Doc. 17).  After those Defendants failed to answer, Plaintiff obtained a certificate of default as to them on April 1, 2021 (Doc. 19), and Plaintiff filed a notice of voluntary dismissal as to Defendant Brixia Lu on April 14, 2021, (Doc. 20).  Plaintiff, however, has taken no other action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 3, 2021.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge