UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RUBEN RAMIREZ,                                             :
                                                           :
                                 Plaintiff,                :
                                                           :           20-CV-9907 (VSB)
                -against-                                  :
                                                           :                **ORDER**
SAKE II JAPANESE RESTAURANT, INC., et :
al.,                                                       :
                                                           :
                                 Defendants.               :
                                                           :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 6, 2021, after Defendants failed to appear in this action, and pursuant to Plaintiff's request, I entered an Order to Show Cause as to why default judgment against Defendants should not be entered in this action.  (Doc. 25.)  As part of that order, Plaintiff was directed to file proof of service of the Order to Show Cause by October 22, 2021.  (*Id.*)  That deadline has passed, and Plaintiff has not filed proof of service.

      Accordingly, by October 29, 2021, Plaintiff is ORDERED to file proof of service as required by the Order to Show Cause.  If Plaintiff has not effected service as required by the Order to Show Cause, Plaintiff must explain this failure and show that there is good cause to extend the time to effect service within the meaning of Federal Rule of Civil Procedure 6(b).

      If Plaintiff fails to comply with this Order's deadline of October 29, 2021, or otherwise shows noncompliance with the Order to Show Cause, this case likely will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 25, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge