UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUBEN RAMIREZ,

                   Plaintiff,

         -against-

SAKE II JAPANESE RESTAURANT, INC., et al.,

                 Defendants.
------------------------------------------------------------X

20-CV-9907 (VSB)

**DEFAULT JUDGMENT**

<u>VERNON S. BRODERICK, United States District Judge</u>:

    In accordance with my comments at the Order to Show Cause hearing on November 12, 2021, it is hereby:

    ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendants Sake II Japanese Restaurant, Inc. and Bi Shun Dong. This case will be referred to the magistrate judge for an inquest on damages.

SO ORDERED.

Dated:    November 16, 2021
              New York, New York

                                                  VERNON S. BRODERICK
                                                  United States District Judge