**MEMO ENDORSED**

# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **MICHAEL SAMUEL**<br>michael@samuelandstein.com | March 18, 2022 | ADMITTED IN NY |



Judge Barbara Moses
United State District Court
Southern District
500 Pearl Street
New York, NY 10007

Re: *Ruben Ramirez vs. Sake II Japanese Restaurant Corp.*
Case No.1:20-cv-09907-VSB

Dear Judge Moses:

    Please be advised that we represent the plaintiff in the above-entitled matter. We respectfully request an extension of time to file our Inquest papers. We inadvertently failed to file these by the date set by Your Honor. We apologize to the Court and will make sure to comply with your further orders. We would request until March 25, 2022 to submit our papers. In addition, we request that the date for the Defendant to respond also be extended.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

SAMUEL & STEIN

---

Application GRANTED. No later than **March 25, 2022**, plaintiff shall file his Proposed Findings of Fact and Conclusions of Law in accordance with the standards set out in the Scheduling Order for Damages Inquest at Dkt. No. 31. Prior to filing, plaintiff shall serve each defaulting defendant by mail, at its last known address, with copies of (i) the Scheduling Order for Damages Inquest; (ii) this Order; and (iii) his Proposed Findings of Fact and Conclusions of Law, and shall promptly file proof of such service on the docket. No later than **April 25, 2022**, each defaulting defendant shall serve upon plaintiff's counsel and file with the Court its responses, if any, to plaintiff's Proposed Findings of Fact and Conclusions of Law and supporting materials. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
March 21, 2022