UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN RAMIREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>SAKE II JAPANESE RESTARUANT, INC., et al.,<br><br>　　　　　　　　　　Defendants. | 1:20-cv-09907 (JLR) (BCM)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 26, 2022, the Court ordered the parties to file a joint letter within two weeks.  ECF No. 35.  The deadline for that filing has now passed and Plaintiff has failed to file the letter.  Accordingly, Plaintiff shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 18, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge