**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RUBEN RAMIREZ,

                Plaintiff,

    -against-                                      20 **CIVIL** 9907 (JLR)(BCM)

                                                                  **<u>JUDGMENT</u>**

SAKE II JAPANESE RESTARUANT, INC.,
et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 10, 2023, the Court has adopted the Report in its entirety. Judgment is entered against Defendants Sake II Japanese Restaurant, Inc. and Bi Shun Dong and in favor of Plaintiff Ruben Ramirez in the amount of $387,382.00, plus prejudgment interest in the amount of $47.13 per day from February 25, 2017 to the date of entry of final judgment, in the amount of $106,796.58. The lack of any timely objections, in light of the clear notice provided in the Report, precludes appellate review of this decision; accordingly, the case is closed.

**Dated:**  New York, New York

      May 10, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                    **Clerk of Court**

                                **BY:**    *K. Mango*

                                                    _____
                                                    **Deputy Clerk**